IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA M. CUNNINGHAM,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a foreign corporation;<br><br>Defendant. | 8:24CV321<br><br><br><br>**FINAL PROGRESSION ORDER<br>(AMENDED)** |

The Court grants Defendant's Unopposed Motion to Amend the Final Progression Order. Filing No. 43.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for October 21, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **December 9, 2025** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for complete expert disclosures[1] for all experts

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated

1

expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | July 30, 2025. |
| For the defendant(s): | October 13, 2025. |
| Plaintiff(s)' rebuttal: | November 25, 2025. |

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 23, 2026.

4) The deadline for filing motions to dismiss and motions for summary judgment is January 30, 2026.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 30, 2026.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 27th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

within that expert's treatment records and reports must be separately and timely disclosed.